UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    NAMEL NORRIS,

                    Plaintiff,

              -against-                    21 Civ. 9389 (LGS)

                                              ORDER
    RAMEN MEJIN INC. et al.,

                    Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated December 7, 2021, an initial pretrial conference was scheduled for January 19, 2022, at 4:30 p.m., and the parties were required to submit a joint status letter and proposed case management plan by January 12, 2022.

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.

      WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on the docket.  It is hereby

      **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 17, 2022**, at **noon**.  If Plaintiff has not been in communication with Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **January 17, 2022**, at **noon**.

Dated: January 13, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**