# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

January 13, 2022

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

      Re:    Norris v. Ramen Meijin Inc., et al.
                Case 1:21-cv-09389-LGS

Dear Judge Schofield:

     The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 19, 2022, at 4:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been sent for service through the Secretary of State. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

     Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

---

The application for an adjournment is **GRANTED**. The initial pretrial conference scheduled for January 19, 2022, is **adjourned** to **February 23, 2022**, at **4:30 p.m.** on the following conference line: 888-363-4749, access code: 558-3333. By **February 16, 2022**, the parties shall file a joint letter and proposed case management and scheduling plan. Plaintiff shall serve a copy of this Order on Defendants, and file proof of service by **January 21, 2022**. The Clerk of Court is respectfully directed to close the motion at Docket No. 8.

Dated: January 14, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE