UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                             :

NAMEL NORRIS,
                       Plaintiff    :

                             :          21 Civ. 9389 (LGS)

           -against-        :

                             :            ORDER

RAMEN MEIJIN INC. ET AL.,
                    Defendants.  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for February 23,

2022.

      WHEREAS, Defendants Ramen Meijin Inc. and were served but only Defendant Ramen

Meijin Inc. has made an appearance in this action.

      WHEREAS, Defendants have not timely responded to the Complaint.

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

      **ORDERED** that by **February 23, 2022**, Defendant Ramen Meijin Inc. shall file an

answer or otherwise respond to the Complaint.  It is further

      **ORDERED** that by **February 23, 2022**, Plaintiff shall move for default against

Defendant PCS Management, LLC, if it has not appeared and responded to the Complaint by that

date.  It is further

      **ORDERED** that the February 23, 2022, initial pretrial conference is **cancelled**.  If the

parties believe that a conference would nevertheless be useful, they should inform the court

immediately so the conference can be reinstated.  The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the provisions

for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final

conference and setting of a trial date.  It is further

   **ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

   **ORDERED**, regarding settlement discussions, the parties' request for a referral for a mediation is **GRANTED**.  The referral will issue in a separate order.

   The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: February 16, 2022
      New York, New York

                            **LORNA G. SCHOFIELD**
                       **UNITED STATES DISTRICT JUDGE**