UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,
                      Plaintiff,

                      21 Civ. 9389 (LGS)

         -against-

                      ORDER

RAMEN MEJIN INC. et al.,

                     Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff and Defendant Ramen Meijin Inc. filed a Proposed Case Management Plan on February 15, 2022, which proposed that the parties participate in the District's Mediation Program in the next sixty (60) days.

       WHEREAS, on February 16, 2022, the case was referred for mediation to the Court-annexed Mediation Program.

       WHEREAS, the Report of the Mediator, dated March 22, 2022, states that mediation was not held because one or both parties failed, refused to attend, or refused to participate in the mediation. It is hereby

       **ORDERED** that by **March 28, 2022**, the parties shall file a letter explaining why mediation did not take place, and whether they wish to participate in the District's Mediation Program at a future date.

Dated: March 23, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE