UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,
                           Plaintiff,

                           21 Civ. 9389 (LGS)
         -against-

                           ORDER
RAMEN MEJIN INC. et al.,

                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 16, 2022, this case was referred for mediation to the Court-annexed Mediation Program.

      WHEREAS, the Report of the Mediator, dated March 22, 2022, stated that mediation was not held because one or both parties failed, refused to attend, or refused to participate in the mediation.

      WHEREAS, by Order dated March 23, 2022, the parties were directed to jointly file a letter by March 28, 2022, explaining why mediation did not take place, and whether they wish to participate in the District's Mediation Program at a future date. It is hereby

      **ORDERED** that the parties are excused from filing the joint letter due to the fact that mediation has been rescheduled for April 26, 2022, at 1:30 p.m.

Dated: March 29, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE