UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NAMEL NORRIS, :
                        Plaintiff, :
:      21 Civ. 9389 (LGS)
        -against- :
:      <u>ORDER</u>
RAMEN MEIJIN INC. et al., :
:
                     Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, per the Civil Case Management Plan and Scheduling Order dated February 16, 2022, the parties were directed to file a joint status letter by April 25, 2022.

    WHEREAS, no letter was filed. It is hereby

    **ORDERED** that by **April 28, 2022**, the parties shall file a joint status letter.

Dated: April 26, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                       **UNITED STATES DISTRICT JUDGE**